STATE, FLOYD ARMSTRONG, PROSECTOR, v. JOHN B. COLLINS, COLLECTOR.

This is a *certiorari* to review taxes assessed upon the prosecutor's shares of stock in the Mount Holly National Bank.

The facts and reasons presented are the same as in Stratton *v.* Collins, above, and the judgment of the court is the same.